```
1   GARY GARCIA
    KRISTINA GARCIA
2   23850 HOLLINGSWORTH DR.
    MURRIETTA, CA 92562
3
4   PLAINTIFFS PRO SE
```

Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
2014 SEP 25 AM 11: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY: _____

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY M. GARCIA, an individual, and KRISTINA GARCIA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICES, LLC, a foreign limited liability company, and DOES 1 -100, inclusive, | CASE NO.: ED 14-CV-01560-RGK(JCx)<br><br>**PLAINTIFF'S VOLUNTARY MOTION DISMISS**<br><br><u>**JURY TRIAL DEMANDED**</u><br><br>Date:        September 29, 2014<br>Time:       9:00 a.m.<br>Courtroom: 850 |

   PLEASE TAKE NOTICE that Plaintiff GARY M. GARCIA and KRISTINA GARCIA ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action without prejudice as to OCWEN Loan Service, LLC ("Defendants").

   Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

   (a) Voluntary Dismissal.
       (1) By the Plaintiff.
           (A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
               (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has never answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Plaintiffs as pro se Plaintiffs have come to the understanding that that the causes of action pleaded may not be complete nor proper, as well as that additional causes of action should be added. The time needed to address and correct these defects being a pro se Plaintiff will likely extend past the time frame which was originally requested for in the Motion for Extension requested. Thus, Plaintiff requests this Motion to Dismiss be granted without prejudice in order for Plaintiff re-file complaint properly.

Dated: September 25, 2014

_____
Gary M Garcia – Plaintiff in Pro Se

_____
Kristina Garcia – Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

The undersigned plaintiffs hereby certifies that on September 25, 2014, a true and correct copy of Request for Motion To Dismiss was personally filed with the Clerk of the Court. The undersigned further certifies that a copy of this Motion will be served on the parties in said action, by placing a true copy thereof in a sealed envelope with postage thereon fully prepared in the United States addressed as follows:

ATTORNEY FOR OCWEN:

JOHN P. WARD
HOUSER & ALLISON
9970 Research DR.
Irvine, CA 92618

_____
Gary Garcia – Plaintiff in Pro Se

_____
Kristina Garcia – Plaintiff in Pro Se